# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD DEAN BANDY, JR.

NO. 2025 KW 1105

**JANUARY 23, 2026**

---

In Re:    Ronald Dean Bandy, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-903019.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the Uniform Application for Postconviction Relief, the district court's ruling, the State's response, if any, the pertinent court minutes, and the relevant portions of the voir dire and trial transcripts. Accordingly, this court cannot adequately review the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before March 30, 2026. Any future filing on these issues should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc

HG

TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT